IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRYL ELLIS, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) ) Civil Action No. 2:15cv961-WHA |
| UNITED STATES OF AMERICA, | ) (WO) ) |
| Respondent. | ) ) |

**ORDER**

Petitioner Darryl Ellis has filed a motion to withdraw his *pro se* motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255.  Doc. No. 6.  The court construes this motion as Ellis's motion for dismissal under Rule 41 of the Federal Rules of Civil Procedure.

Accordingly, it is ORDERED that:

(1)  Ellis's motion for dismissal under Fed.R.Civ.P. 41 (Doc. No. 6) is GRANTED.

(2)  This action under 28 U.S.C. § 2255 is DISMISSED without prejudice.

DONE, this 11th day of April, 2016.

/s/  W. Harold Albritton III
SENIOR UNITED STATES DISTRICT JUDGE